

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00026-CR

---

ADRIAN GRISSOM, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 53475-B

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

A Gregg County grand jury indicted Adrian Grissom for murder in trial court cause number 53,475-B in March of 2022. Then, in August 2023, Gregg County re-presented the facts to a grand jury, which returned a new murder indictment against Grissom, based on the same facts, under trial court cause number 55,029-B. Based on representations made by the State to the trial court, the indictment in cause number 55,029-B was meant to replace the indictment in cause number 53,475-B. Cause number 55,029-B was tried to a jury in February 2024, and the jury convicted Grissom of murder. On February 15, 2024, the trial court imposed sentence against Grissom in cause number 55,029-B. That judgment is on appeal under our cause number 06-24-00027-CR. In addition to filing a notice of appeal under cause number 55,029-B, Grissom also filed a notice of appeal under cause number 53,475-B.

In Texas, a party may only appeal when the Texas Legislature has authorized an appeal. *Galitz v.State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981). When the legislature passes legislation granting a right of appeal, in addition to granting its citizens that substantive right, it also grants the appellate courts of this State jurisdiction to hear such appeals. In the absence of such authorizing legislation, appellate courts are without jurisdiction and have no authority to act. In the criminal context, the Texas Legislature has authorized appeals from written judgments and/or appealable orders. *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010). The consolidated clerk's record filed in these causes did not appear to contain any appealable judgment or order entered under trial court cause number 53,475-B.

2

By letter dated April 24, 2024, this Court requested that Grissom demonstrate how we had jurisdiction over the appeal of trial court cause number 53,475-B. Grissom was warned that if we did not receive an adequate response by May 6, 2024, we would have no choice but to dismiss the appeal for want of jurisdiction. Grissom did not file a response.

Accordingly, we dismiss this appeal for want of jurisdiction.


Jeff Rambin
Justice


Date Submitted:     May 22, 2024
Date Decided:       May 23, 2024

Do Not Publish